# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARIO F. BROWN, JR.,

    Plaintiff,                               Case No. 18-C-451

    v.

AGENT KEITH LUCAS and
DAVID J. MELBY,

    Defendants.

## ORDER DENYING WAIVER OF BALANCE OF FILING FEE

The plaintiff, a prisoner proceeding *pro se*, has requested that the balance of the filing fee he incurred by filing the above matter be waived. Under the Prisoner Litigation Reform Act (PLRA), there is no basis upon which the court can grant the relief plaintiff seeks. The act is intended to encourage inmates to consider the merits of their action before filing. Once the plaintiff has paid his initial partial filing fee and requested to have the case to proceed, there is no basis upon which the court can waive the balance of the filing fee. Accordingly, the motion is denied.

Dated at Green Bay, Wisconsin this   15th   day of May, 2018.

                                              BY THE COURT

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court